IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINO RAMOS, | No. C 06-4811 SBA |
|     Plaintiff, | **ORDER** |
| v. | [Docket No. 20] |
| A.O. SMITH CORPORATION, ET AL., | |
|     Defendants. | |

IT IS HEREBY ORDERED THAT the parties' Stipulation and Proposed Order Staying the Proceedings is DENIED.

The Court finds insufficient justification for granting a stay at this time. The parties seek a stay pending transfer of the case to the U.S. District Court for the Northern District of Ohio for inclusion in an MDL proceeding. However, because the parties have filed only a Notice of Related Actions for the Judicial Panel on Multidistrict Litigation, the case is in the early stages of the relationship with the MDL proceeding. The Court finds that this, coupled with the significant fact that it is unclear whether the case will be transferred, militates against granting a stay of the proceedings at this time.

IT IS SO ORDERED.

Dated: 9/20/06

                                                           SAUNDRA BROWN ARMSTRONG
                                                           United States District Judge