1   Albert B. Norris (SBN 34756)
    Stephen G. Blitch (SBN 70193)
2   Daniel J. Valim (SBN 233061)
    REED SMITH LLP
3   1999 Harrison Street, Suite 2400
    Oakland, CA  94612-3572
4
    **Mailing Address:**
5   P.O. Box 2084
    Oakland, CA  94604-2084
6
    Telephone:    510.763.2000
7   Facsimile:    510.273.8832

8   Attorneys for Lincoln Electric Holdings; The
    ESAB Group, Inc (erroneously named as
9   "ESAB Group, Inc., as itself and successor to
    Alloy Rods Inc. and L-TEC Welding and
10  Cutting Systems, Inc."); The Lincoln Electric
    Company; A.O. Smith Corporation; Praxair, Inc.
11  (erroneously named as "Praxair, Inc., as
    successor to Linde Air Products"); Union
12  Carbide Corporation (erroneously named as
    "Union Carbide Corporation, as successor to
13  Linde Air Products and Haynes Satellite
    Works"); Viacom Inc., successor by merger to
14  CBS Corporation, f/k/a Westinghouse; Hobart
    Brothers Company (erroneously named as
15  "Hobart Brothers Company, as itself and
    successor to Teledyne McKay, Inc." and
16  "McKay Welding Products"); The BOC Group,
    Inc. f/k/a Airco, Inc. (erroneously named as
17  "AIRCO/The BOC Group, Inc., as itself and as
    successor to Airco, Inc. (f/k/a Air reduction Co.)
18  and Wilson Welder & Metal Co."); Allegheny
    Technologies, Inc.; Lincoln Global, Inc.;
19  Sandvik, Inc. (erroneously named as "Sandvik
    Materials Technology Company"); Airgas Gulf-
20  States, Inc., and BOC, Inc. (served herein as
    "BOC Financial Corporation (Former Name)
21  BOC, Inc.(True Name)")

22                  UNITED STATES DISTRICT COURT

23                  NORTHERN DISTRICT OF CALIFORNIA

24  RUFINO RAMOS, an individual,          No.: C06-04811 SBA

25                    Plaintiff,          **NOTICE OF ISSUANCE OF
                                          CONDITIONAL TRANSFER ORDER AND
26          vs.                           STIPULATION AND ORDER STAYING
                                          PROCEEDINGS**
27  A.O. SMITH CORPORATION; ADAMS
    HARD-FACING COMPANY, INC.; AIR
28  PRODUCTS & CHEMICALS, INC.; AIRCO

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

INC.; AIRCO/THE BOC GROUP, INC., as itself
and as successor to Airco, Inc. (f/k/a Air
Reduction Co.) and Wilson Welder & Metal Co.;
AIRGAS-GULF STATES, INC.; ALLEGHENY
TECHNOLOGIES, INC. as successor to
Teledyne-McKay Welding Products; AVESTA
POLARIT, INC.; BOC FINANCIAL CORP.;
THE BOC GROUP, INC.; CATERPILLAR,
INC.; THE ESAB GROUP, INC., as itself and as successor to Alloy
Rods Inc., and L-TEC Welding and Cutting
Systems, Inc.; GENERAL ELECTRIC
COMPANY; HAYNES INTERNATIONAL,
INC.; HOBART BROTHERS COMPANY, as
itself and as successor to Teledyne McKay, Inc.;
ILLINOIS TOOL WORKS, INC., as successor to
Hobart Brothers Corp., Teledyne McKay, Inc. and
Miller Electric Manufacturing Corp.; THE
LINCOLN ELECTRIC COMPANY LINCOLN
ELECTRIC HOLDINGS; LINCOLN GLOBAL,
INC., also known as Seal Seat Corporation;
MCKAY WELDING PRODUCTS;
METROPOLITAN LIFE INSURANCE
COMPANY; MILLER ELECTRIC
MANUFACTURING CO., INC ; PRAXAIR,
INC., as successor to Linde Air Products;
RANKIN INDUSTRIES, INC.; STOODY
COMPANY, as itself and as successor to the
Deloro Stellite Company; THERMADYNE
HOLDINGS CORPORATION, as itself and as
successor to the Deloro Stellite Company, Stoody
Company, and Tweco Products, Inc.; UNION
CARBIDE CORPORATION, as successor to
Linde Air Products and Haynes Stellite Works;
VIACOM, INC.; WESTINGHOUSE ELECTRIC
CORPORATION; J.W. HARRIS COMPANY,
INC.; OLSON AND CO. STEEL, individually
and as successor-in-interest to BOSTROM-
BERGEN METAL PRODUCTS; BOSTROM-
BERGEN METAL PRODUCTS; VICTOR
EQUIPMENT COMPANY; HUNTINGTON
ALLOYS CORPORATION f/k/a Inco Alloys
International Inc.; SANDVIK MATERIALS
TECHNOLOGY COMPANY; THERMADYNE
INDUSTRIES aka Stoody; EAST BAY
WELDING SUPPLY, INC.; CALIFORNIA
WELDING SUPPLY COMPANY; GENUINE
PARTS COMPANY; and Does 1-1000,

Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4

The parties request the Court take notice of Conditional Transfer Order- 43, issued by the Judicial Panel on Multidistrict Litigation on September 27, 2006 and attached hereto as Exhibit A. In light of this order, the parties respectfully resubmit their request to stay all proceedings in this action pending transfer to the MDL.

5
6
7
8

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to In re Welding Fume Products Liability Litigation, MDL No. 1535 (N.D. Ohio).

9
10
11
12
13
14
15

Throughout the period during which the transfer is pending, the parties stipulate to a stay of Defendants' obligation to respond to the complaint and of the parties' right to propound discovery. During this period, the parties respectfully request that this Court refrain from issuing any scheduling orders in this matter, including but not limited to case management orders and orders pertaining to Alternative Dispute Resolution.  Furthermore, any and all case management conferences currently on calendar are now removed.

16
17

SO STIPULATED AND AGREED

18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED:  October 30, 2006

REED SMITH LLP

By_____
      Albert B. Norris
      Stephen G. Blitch
      Daniel J. Valim
      Attorneys for Defendants
      Lincoln Electric Holdings; The ESAB Group, Inc
      (erroneously named as "ESAB Group, Inc., as itself
      and successor to Alloy Rods Inc. and L-TEC
      Welding and Cutting Systems, Inc."); The Lincoln
      Electric Company; A.O. Smith Corporation;
      Praxair, Inc. (erroneously named as "Praxair, Inc.,
      as successor to Linde Air Products"); Union
      Carbide Corporation (erroneously named as "Union
      Carbide Corporation, as successor to Linde Air
      Products and Haynes Satellite Works"); Viacom
      Inc., successor by merger to CBS Corporation, f/k/a
      Westinghouse; Hobart Brothers Company
      (erroneously named as "Hobart Brothers Company,
      as itself and successor to Teledyne McKay, Inc."
      and "McKay Welding Products"); The BOC Group,
      Inc. f/k/a Airco, Inc. (erroneously named as
      "AIRCO/The BOC Group, Inc., as itself and as
      successor to Airco, Inc. (f/k/a Air reduction Co.)
      and Wilson Welder & Metal Co."); Allegheny
      Technologies, Inc.; Lincoln Global, Inc.; Sandvik,
      Inc. (erroneously named as "Sandvik Materials
      Technology Company"); Airgas Gulf-States, Inc.,
      and BOC, Inc. (served herein as "BOC Financial
      Corporation (Former Name) BOC, Inc.(True
      Name)")

DATED:  _____

GREENE BROILLET & WHEELER, LLP

By_____
      Bruce Fishelman
      Helaine Hatter
      Attorneys for Plaintiffs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  10/30/06

By _____
The Honorable Saundra B. Armstrong

DOCSOAK-9848406.1-DVALIM

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation And [Proposed] Order Staying Proceedings