A CERTIFIED TRUE COPY

OCT 1 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 4:06-cv-04811-SBA   Document 24   Filed 10/27/06   Page 1 of 2

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1535

C 06-4811 SBA

OCT 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-43)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 269 F.Supp.2d 1365 (J.P.M.L. 2003). Since that time, 355 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Ronnie Schumilot
Deputy Clerk

# SCHEDULE CTO-43 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-5327 | Larry Brengle, et al. v. A.O. Smith Corp., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-1776 | Douglas Peruchetti, et al. v. A.O. Smith Corp., et al. |
| CAE 2 06-1897 | Kenneth Pridmore, et al. v. Lincoln Electric Holdings, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-4810 | David Dickens, et al. v. A.O. Smith Corp., et al. |
| CAN 3 06-4822 | John Lassus, et al. v. Lincoln Electric Holdings, Inc., et al. |
| CAN 3 06-4825 | Harry Battiste, et al. v. A.O. Smith Corp., et al. |
| CAN 3 06-5049 | Joseph Duran v. A.O. Smith Corp., et al. |
| CAN 4 06-4811 | Rufino Ramos v. A.O. Smith Corp., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 06-1589 | Jorge Gallardo, et al. v. A.O. Smith Corp., et al. |
| CAS 3 06-1590 | Lawrence Proulx v. A.O. Smith Corp., et al. |
| CAS 3 06-1596 | Michael A. Jones, et al. v. A.O. Smith Corp., et al. |
| **MINNESOTA** | |
| MN 0 06-3319 | David Mann v. Airco, Inc./BOC Group, Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 3 06-103 | William E. Walsh, Jr. v. Consolidated Rail Corp., et al. |
| PAW 3 06-104 | Charles A. Williams v. Consolidated Rail Corp., et al. |